UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10423-AS | Date | February 17, 2021 |
|---|---|---|---|
| Title | Kalynn Weatherspoon v. Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation | | |

| Present: The Honorable | Alka Sagar, United States Magistrate Judge |
|---|---|
| Alma Felix | N/A |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
| N/A | N/A |

**Proceedings:**     **(IN CHAMBERS) ORDER TO SHOW CAUSE**

On November 6, 2020, Kalynn Weatherspoon ("Petitioner") filed a Petition for Writ of Habeas Corpus by a Person in State Custody pursuant to 28 U.S.C. § 2254 ("Petition"). (Dkt. No. 1).[1] On January 6, 2021, Respondent filed a Motion to Dismiss the Petition ("Motion ot Dismiss") and a Lodgment. (Dkt. Nos. 9-10).

On January 7, 2021, the Court issued an Order directing Petitioner to file, by no later than February 8, 2021, either an Opposition to the Motion to Dismiss or a Statement of Non-Opposition to the Motion to Dismiss. (Dkt. No. 13). <u>A copy of the Court's January 7, 2021 Order is attached to this Order</u>. The Order mailed to Petitioner was returned to the Court, "undeliverable as addressed," by the United States Postal Service. (Dkt. No. 14).

On January 21, 2021, the Court issued an Order requiring Petitioner to provide the Court with his current address and telephone number by no later than February 1, 2021, pursuant to Local Rule 41-6. (Dkt. No. 15). The Order warned Petitioner "that if he fails to respond to this Order, the Court will recommend that this action be dismissed with prejudice under Federal Rule of Civil Procedure 41(b), for Petitioner's failure to prosecute." <u>Id.</u>  <u>A copy of the Court's January 21, 2021 Order is attached</u>. This Order, mailed to Petitioner, was also returned to the Court as undelivered by the United States Postal Service. (Dkt. No. 17). In addition, the Notice regarding the Consent to Proceed before Magistrate

---

[1] The parties have consented to the jurisdiction of the Magistrate Judge for all purposes. (Dkt. Nos. 2, 11-12).

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-10423-AS | Date | February 17, 2021 |
|---|---|---|---|
| Title | Kalynn Weatherspoon v. Kathleen Allison, Secretary of the California Department of Corrections and Rehabilitation | | |

Judge (Dkt. No. 12), which was mailed to Petitioner, was returned to the Court, "undeliverable as addressed" by the United States Postal Service. (Dkt. No. 16).

To date, Petitioner has failed to file either an Opposition to the Motion to Dismiss or a Statement of Non-Opposition to the Motion to Dismiss, and Petitioner has failed to notify the Court of his current address and telephone number.

Therefore, Petitioner is **ORDERED TO SHOW CAUSE**, within **thirty (30) days** of the date of this Order (by no later than **March 19, 2021**), why this action should not be dismissed for failure to comply with Court orders and/or prosecute pursuant to Fed.R.Civ.P. 41(b).

Petitioner may discharge this Order by filing: (1) either an Opposition to the Motion to Dismiss which complies with the Court's January 7, 2021 Order **or** a Statement of Non-Opposition to the Motion to Dismiss which complies with the Court's January 7, 2021 Order, **or** a statement setting forth why he is unable to do so; **and** (2) a notice notifying the Court of Petitioner's current address and telephone number.

**Petitioner is expressly warned that the failure to timely file a response to this Order will result in an Order dismissing this action with prejudice for his failure to comply with Court orders and/or for his failure to prosecute. See Fed.R. Civ. P. 41(b).**

|  | 0 | : | 0 |
|---|---|---|---|
| Initials of Preparer | | | AF |