**JS-6**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

| | |
|---|---|
| KALYNN WEATHERSPOON,<br><br>        Petitioner,<br><br>    v.<br><br>KATHLEEN ALLISON, Secretary of the California Department of Corrections and Rehabilitation,<br><br>        Respondent. | CASE NO. CV 20-10423-AS<br><br>**JUDGMENT** |

    Pursuant to the Order Dismissing Petitioner for Writ of Habeas Corpus,

    IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

Dated: March 22, 2021

                                                                    _____/s/_____
                                                                           ALKA SAGAR
                                        UNITED STATES MAGISTRATE JUDGE